IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEFFREY T. COVENY                                                    PLAINTIFF

VS.                                                                  CAUSE NO. 4:04cv39-EMB

BRINTONS U.S.AXMINSTER, INC.                                         DEFENDANT

## ORDER AMENDING SCHEDULING DEADLINES

On this day the Court considered the joint motion, *ore tenus,* of the parties for an extension of the discovery, motion and other scheduling deadlines in this case, for an additional period of four months. Having considered the motion and being fully advised in the premises, I find that in order for this Court to have sufficient time to rule on any dispositive motion sufficiently prior to trial, the parties' request should be granted only in part. Therefore,

**IT IS ORDERED** that the scheduling deadlines are hereby amended as follows:

That Plaintiff's experts shall be designated on or before February 28, 2006;

That Defendant's experts shall be designated on or before March 28, 2006;

That all discovery shall be completed on or before May 1, 2006; and

That all motions, with the exception of *in limine* motions, shall be served on or before May 15, 2006. The deadline for *in limine* motions is ten (10) days before the pretrial conference, with responses due five (5) days before the pretrial conference.

SO ORDERED this, the 23rd day of February, 2006.

/s/ Eugene M, Bogen
UNITED STATES MAGISTRATE JUDGE