IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEFFREY T. COVENY                                                                           PLAINTIFF

VS.                                                                           CAUSE NO. 4:04cv39-EMB

BRINTONS U.S.AXMINSTER, INC.                                                          DEFENDANT

### AGREED ORDER EXTENDING TIME TO DESIGNATE AND DEPOSE EXPERT WITNESSES

On this day the Court considered the joint motion, *ore tenus,* of the parties, for an extension of the time for the defendant, Brintons U.S.Axminster, to designate expert witnesses and for the plaintiff, Jeffrey Coveny, to depose Brintons' expert witnesses, and for good cause shown the Court finds that said motion should be granted.

**IT IS, THEREFORE, ORDERED** that the defendant, Brintons U.S.Axminster, Inc., shall have until June 1, 2006, to designate experts and provide their reports, and the plaintiff, Jeffrey Coveny, shall be allowed to take the deposition of Brintons' expert witnesses on or before July 28, 2006.

**THIS**, the 8th day of May, 2006.

                                                                    /s/ Eugene M. Bogen
                                                                    U. S. MAGISTRATE JUDGE